IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**CLARENCE ALLEN CARY**                                                   **PLAINTIFF**

v.                     No. 2:11-cv-178-DPM-HDY

**MICHAEL J. ASTRUE**, Commissioner of the
Social Security Administration                              **DEFENDANT**

## ORDER

Cary has not objected to Magistrate Judge H. David Young's recommendation, *Document No. 17*, that Cary's motion for remand be denied. On review for legal error and clear factual error, FED. R. CIV. P. 72(b) (1983 addition to Advisory Committee notes), the Court adopts Judge Young's recommendation in full. The motion for remand, *Document No. 11*, is denied.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

16 May 2012