IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**CLARENCE ALLEN CARY**                                                   **PLAINTIFF**

v.                                   No. 2:11-cv-178-DPM

**CAROLYN W. COLVIN, Commissioner**
**of the Social Security Administration**                       **DEFENDANT**

## JUDGMENT

The administrative decision is reversed and the matter remanded for reconsideration. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g).

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 March 2013